■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN LUNA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Donnelly, J.), rendered November 9, 1981, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MANN, JR., Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County (Rohl, J.), rendered November 2, 1983, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

Under the circumstances, including defendant's less than exemplary background, the County Court's denial of his application for youthful offender treatment did not constitute an abuse of discretion. Nor can we find any justification for exercising our discretion by granting the application. Mangano, J. P., Brown, Rubin and Lawrence, JJ., concur.